## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES EVANS, on behalf of himself and     :    Case no. 1:25-cv-11434
all others similarly situated,     :
     :
    Plaintiffs,     :
     :    **NOTICE OF VOLUNTARY**
    v.     **DISMISSAL WITHOUT**
     **PREJUDICE**

Perfect Bar, LLC,     :

    Defendant.     :
     :
     :
     :
     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: October 17, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law